UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

DEWAYNE LAMBERT,

     Plaintiff,

v.                              CASE NO.  8:14-CV-463-T-17TGW

SARASOTA COUNTY BOARD
OF COUNTY COMMISSIONERS,

     Defendant.

_____/

ORDER

This cause is before the Court on:

Dkt. 60    Oral Motion for Rule 50 Judgment as a Matter of Law

After the presentation of Defendant's evidence, Defendant Sarasota County Board of County Commissioners orally moved for judgment as a matter of law.  Plaintiff Dewayne Lambert opposed Defendant's Motion.  The Court heard oral argument on October 7, 2015, and deferred ruling.

After consideration, the Court finds that there are material disputed issues of fact to be resolved by the jury, and therefore denies the Oral Motion for Rule 50 Judgment as a Matter of Law.  Accordingly, it is

**ORDERED** that Defendant's Oral Motion for Rule 50 Judgment as a Matter of Law (Dkt. 60) is **denied**.

Case No. 8:14-CV-463-T-17TGW

**DONE and ORDERED** in Chambers in Tampa, Florida on this 8th day of October, 2015.

ELIZABETH A. KOVACHEVICH
United States District Judge

Copies to:
All parties and counsel of record