UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

DEWAYNE LAMBERT,

    Plaintiff,

v.                              CASE NO. 8:14-CV-463-T-17TGW

SARASOTA COUNTY BOARD OF
COUNTY COMMISSIONERS,

    Defendant.

_____/

ORDER

This cause is before the Court on:

Dkt. 72    Notice of Filing Proposed Final Judgment

After consideration, pursuant to Fed. R. Civ. P. 58(b)(2)(A), the Court approves the proposed Final Judgment, and directs the Clerk of Court to enter the proposed Final Judgment, and close this case. Accordingly, it is

**ORDERED** that the proposed Final Judgment is **approved**, and the Clerk of Court **shall enter** the proposed Final Judgment, and close this case.

1

Case No. 8:14-CV-463-T-17TGW

**DONE and ORDERED** in Chambers in Tampa, Florida on this 5th day of November, 2015.

ELIZABETH A. KOVACHEVICH
United States District Judge

Copies to:
All parties and counsel of record